UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CARLO GABION TORREDA AND
KRISTIANNE MAGSISI FERNANDEZ

CASE NO. 11-00417-PMG
CHAPTER 7

Debtor(s).
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
Property Being Surrendered

This case is before the Court on the Motion for Relief from the Automatic Stay filed by Movant, US BANK, N.A., on March 11, 2011, Docket Entry No.: 15. The Motion has been served upon the parties of interest in accordance with Local Rule 2002-4 and no party of interest has filed an objection to the Motion within the time permitted, it is ORDERED:

1. US BANK, N.A.'s Motion for Relief from Automatic Stay is granted, and

2. The Automatic Stay imposed by 11 U.S.C. Section 362 is lifted as to Movant, and it may proceed with foreclosure on its lien on the following property:

**LOT 6, BLOCK 1, NORTH OAK HILL UNIT 2, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT BOOK 32, PAGE 5, OF THE PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA.**

**a/k/a 4515 MELVIN CIRCLE EAST, JACKSONVILLE, FL 32210**

3. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above. Movant shall not seek an *in personam* judgment against the Debtor(s).

4. That the mortgage indebtedness that shall run with the property shall be increased to include $550.00 for attorney's fees and costs incurred

DONE AND ORDERED at JACKSONVILLE, Florida, March 30, 2011.

PAUL M. GLENN
Chief United States Bankruptcy Judge

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

KRISTIANNE MAGSISI FERNANDEZ
4515 MELVIN CIRCLE EAST
JACKSONVILLE, FL 32210

CARLO GABION TORREDA
4515 MELVIN CIRCLE EAST
JACKSONVILLE, FL 32210

MATTHEW SIRMANS, ESQUIRE
227 NORTH BRONOUGH STREET
SUITE 5000
TALLAHASSEE, FL 32301

GORDON P. JONES
PO BOX 600459
JACKSONVILLE, FL 32260

JACKSONVILLE DIVISIONS
UNITED STATES TRUSTEE - JAX7, 7
135 W. CENTRAL BLVD., SUITE 620
ORLANDO, FL 32801